604 A.2d 593

IN THE MATTER OF PASCAL P. GALLERANO,
AN ATTORNEY AT LAW.

April 8, 1992.

## ORDER

PASCAL P. GALLERANO of WEST CALDWELL who was admitted to the bar of this State in 1972, having pleaded guilty to an indictment charging him with soliciting a bribe in violation of *N.J.S.A.* 2C:27–6, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–6(b)(1), PASCAL P. GALLERANO is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further order of this Court; and it is further

ORDERED that PASCAL P. GALLERANO be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that PASCAL P. GALLERANO comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.